Irina J. Mazor, Esq. (SBN 185144)
imazor@lmllp.com
Peter F. Lindborg, Esq. (SBN 150192)
plindborg@lmllp.com
LINDBORG & MAZOR LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: (818) 637-8325

Jeffrey S. Lowenstein (*Pro Hac Vice*)
jlowenstein@bellnunnally.com
Christian J. Cowart (*Pro Hac Vice*)
ccowart@bellnunnally.com
BELL NUNNALLY & MARTIN LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
Tel: (214) 740-1400

Attorneys for Defendant, HYROX North America Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK NOLAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYROX NORTH AMERICA INC., a Delaware Corporation; and DOES 1–20, inclusive,<br><br>Defendants. | **CASE NO. 2:26−cv−05481−AB−DSR**<br><br>**District Judge: Andre Birotte Jr.**<br><br>**STIPULATION RE RESPONSE TO COMPLAINT**<br><br>**[Filed concurrently with (Proposed) Order Thereon]** |

///

-1-

**STIPULATION**

The parties hereto, by and through their respective counsel of record, hereby enter into this stipulation with respect to the following facts:

1. On April 17, 2026, Plaintiff Jack Nolan, as an individual and on behalf of all others similarly situated (collectively, "Plaintiff") filed this action (the "Action") in Los Angeles Superior Court ("Superior Court").

2. On May 1, 2026, before a response to Plaintiff's complaint was due to be filed by Defendant Hyrox North America Inc. ("Hyrox"), the Superior Court entered an order staying the Action and specifically prohibiting the filing of a responsive pleading until further order ("Superior Court Order").

3. On May 21, 2026, and therefore after entry of the Superior Court Order, Hyrox removed the Action to this Court.

4. Presently, Hyrox maintains that the Superior Court Order remains in full force and effect pursuant to 28 U.S.C. 1450, which provides that "All injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court."  In turn, Plaintiff maintains that Hyrox must file a responsive pleading in this Court without waiting for the Court to dissolve or modify the stay imposed by the Superior Court Order (the "Issue").

-2-

**STIPULATION**

LINDBORG & MAZOR LLP
550 NORTH BRAND BOULEVARD, SUITE 1830
GLENDALE, CALIFORNIA 91203
TEL. 818 637-8325

Based on the above-stated facts, and to avoid the time, expense, and usurpation of resources associated with motion practice to resolve the Issue, the parties hereby agree, subject to the Court's approval and order, that Hyrox will file and serve a responsive pleading to Plaintiff's complaint by August 31, 2026.

**IT IS SO STIPULATED**.

Dated: June 30, 2026          LINDBORG & MAZOR LLP
                              BELL NUNNALLY & MARTIN LLP

                        By:

                              _____/s/_____
                              Irina J. Mazor, Esq.
                              Christian J. Cowart, Esq.
                              Attorneys for Defendant, HYROX North
                              America Inc.

Dated: June 30, 2026          DAY BRYNE & MCINTOSH

                        By:   _____/s/_____
                              Jack Day, Esq.
                              Attorneys for Plaintiff, Jack Nolan

-3-

**STIPULATION**