# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JACK NOLAN, as an individual and on behalf of all others similarly situated,

Plaintiff,

v.

HYDROX NORTH AMERICA INC., a Delaware corporation; and DOES 1-20, inclusive,

Defendants.

Case No. 2:26-cv-05481-AB-DSRx

[~~PROPOSED~~] ORDER ON STIPULATION RE RESPONSE TO COMPLAINT

1

Having reviewed and considered the Joint Stipulation Re Response to Complaint ("Stipulation"), and good cause appearing therefor, the Court GRANTS the Stipulation. Plaintiff Jack Nolan, as an individual and on behalf of all others similarly situated (collectively, "Plaintiff"), and Defendant Hyrox North America Inc. ("Hyrox") have agreed that Hyrox will file and serve a responsive pleading to Plaintiff's complaint by August 31, 2026.

IT IS HEREBY ORDERED that Hyrox must file and serve a responsive pleading to Plaintiff's complaint by August 31, 2026.

**IT IS SO ORDERED.**

Dated:  July 2, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1